

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: ELAMEX, S.A. DE C.V.; ELAMEX USA, CORP.; and MOUNT FRANKLIN FOODS, L.L.C. | § | No. 08-23-00246-CV |
| | § | AN ORIGINAL PROCEEDING IN |
| Relators. | § | MANDAMUS |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Ruben Morales, Judge of the County Court at Law No.7 District Court of El Paso, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 21ST DAY OF FEBRUARY 2024.


LISA J. SOTO, Justice


Before Palafox, J., Soto, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge) (sitting by assignment)